UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                               Case No. 13-CR-193

JOHN WEBLER,

    Defendant.

## MOTION TO AMEND A CONDITION OF RELEASE

PLEASE TAKE NOTICE that the defendant, John Webler, by his attorney, Patrick K. Cafferty, moves the Honorable William E. Callahan, Jr. for an order amending a condition of the defendant's bail in the above-captioned case which would allow the defendant to travel to Warrens, WI on June 27, 2014 through June 29, 2014.

As grounds therefore, the defendant states as follows:

John Webler and his family have a camping trip scheduled beginning Friday, June 27, 2014 through June 29, 2014. John Webler and his family will be camping at the Yogi Bear Campground, 1500 Jellystone Park Drive in Warrens, WI. I have discussed this request with Assistant United States Attorney Bridget Domaszek and she has no objection to this motion.

All other conditions of his release shall remain in effect.

Dated this 29th day of May, 2014.

                        Respectfully Submitted:

                        **/s/ Patrick K. Cafferty**
                        State Bar No. 1022402
                        Patrick K. Cafferty Law Office, S.C.
                        704 Park Avenue
                        Racine, WI  53403
                        (262) 632-5000
                        Counsel for defendant, John Webler